# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
06 MAY 24 PM 1:05
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

__Hosie L. Burgess__
(Full name under which you were convicted)

__F81995__
(Prison Number)

__Illinois Youth Center - IYC Harrisburg__
(Place of Confinement)

Docket No. __06-400-JPG__
(To be supplied by Clerk)

## PETITION FOR WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. §2254
## BY A PERSON IN STATE CUSTODY

__Hosie L. Burgess__, Petitioner
(Full name under which you were convicted)

vs.

__Greg Garrison, Acting Warden__, Respondent
(Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner),

and (when applicable)

The Attorney General of the State of
__Illinois__.

Rev. 8/96

# PETITION FOR WRIT OF HABEAS CORPUS
# BY A PERSON IN STATE CUSTODY

## INSTRUCTIONS—READ CAREFULLY

1. If you are attacking a judgment which imposed a sentence to be served in the future, you must fill in the name of the state where the judgment was entered. If you have a sentence to be served in the future under a federal judgment which you wish to attack, you should file a motion under Title 28, U.S.C. §2255, in the federal court which entered the judgment.

2. **Readable** - The petition may be either typed or handwritten, but it must be readable.

3. **One Conviction Per Form** - You can only challenge one criminal conviction in each petition.

4. **Signed Under Penalty of Perjury** - The petition must be signed by you "under penalty of perjury". Any false statement of a material fact may serve as a basis for prosecution and conviction for perjury. Your signature does not have to be witnessed by a notary public.

5. **Copies and Proper Court** - All questions must be answered. When the petition is fully answered, the original and two (2) copies must be mailed to the Clerk of the United States District Court for the Southern District of Illinois, whose address is P.O. Box 249, East St. Louis, IL 62202-02491.

6. **Exhaustion** - Before you can sue in federal court for habeas corpus relief, you must first raise every ground you have in State Court, either by direct appeal, state habeas, and/or post-conviction statutes, and appeal as high in the state court system as they will let you go. If you have not done this, you should either do it now, before filing in federal court, or be prepared to explain on the form why you have not exhausted your state remedies.

7. **All Grounds** - You must include all grounds for relief in this petition and the facts supporting each ground for relief. If you fail to do so, you may be prevented from presenting additional grounds at a later date.

8. **Legal Citations and Arguments** - No citations of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

9. **Fee** - You must either (A) pay the filing fee of $5.00 or (B) if you do not have the money, you may request permission to proceed in forma pauperis, in which event you must complete and sign the motion and affidavit supplied by the clerk's office and have an authorized officer at the penal institution complete and sign the attached certificate. You must also have an authorized officer attach a print-out of your prison trust account activity for the six months prior to the filing of your petition.

10. **Grounds Frequently Raised** - For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded

by a letter is a separate ground for possible relief. YOU MAY RAISE ANY ADDITIONAL GROUND(S). However, you should raise in this Petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of the listed grounds. If you select one or more of these grounds for relief or any other ground(s), you must allege **FACTS**. The Petition may be returned to you if you merely check the ground(s) listed below.

a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and consequences of the plea.

b) Conviction obtained by used of coerced confession.

c) Conviction obtained by use of evidence gained pursuant to an unlawful arrest.

d) Conviction obtained by a violation of the privilege against self-incrimination.

e) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

f) Conviction obtained by a violation of the protection against double jeopardy.

g) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

h) Denial of effective assistance of counsel.

I) Denial of right of appeal.

## PETITION

1. **Institutional Address:** IYC - Illinois Youth Center Harrisburg
   1201 West Poplar
   Harrisburg Ill 62946

2. **Court:** Name and location of Court in which the conviction you are challenging was obtained: Madison County Justice Center - Edwardsville Ill 62025

3. **Judge(s):** Trial Judge _____
   Sentencing Judge Ann E. Callis

Rev. 8/96
- 3 -

4.  **Date:**       What was the date of your conviction? __3/7/06__

5.  **Crime:**  a)  Of what crime(s) were you convicted? __Aggravated Discharge of a firearm__

    b) Were you sentenced on more than one count of an indictment, or on more than one indictment in the same court at the same time?
    Yes ( )    No (X)

    If yes, explain: _____

6.  **Lawyer:**  Who was your lawyer?
    a)  At preliminary hearing __Mr Thomas Hildebrand - who is now suspended__
    b)  At arraignment and plea __Mr Thomas Hildebrand He told me if I didn't plea I was going to do 30 years he tricked me__
    c)  At trial __didn't have one__
    d)  At sentencing __Mr Morgan Scroggins__
    e)  On direct appeal __no one, Mr Morgan said State's Attorney Calvin Fuller said I couldn't get one__
    f)  In any post-conviction proceeding __no one__
    g)  On appeal from any adverse ruling in a post-conviction proceedings __none__

7.  **Plea:**  a)  What your conviction a result of a guilty plea or plea of nolo contendere? (Check one)
    ✓ Yes, guilty plea __they made me plea__
    __ Yes, nolo contendere
    __ No

    b)  What was the date of your plea? __9/8/05__

    c)  If you pleaded guilty to one count or one indictment, and pleaded not guilty or nolo contendere to another, give details: __It was four men did this crime, one is out they charged me with Aggravated battery with a firearm and armed Robbery they has a tape of the mens shooting__

8. **Sentence:** What was your sentence? _7 years Adult time_
_I have never been locked up being locked up for 22 months for something I didn't do._

9. **Trial:**
   a) What kind of trial?
   ___ Jury       _✓_ Judge without a jury

   b) Did you testify at the trial? ___ Yes  _✓_ No

10. **Appeal(s):**
    a) Did you appeal your criminal conviction? ___ Yes  _✓_ No _didn't know how_

    b) If you did appeal, answer the following:

    Name and location of Court to which you first appealed _____

    Date Notice of Appeal was filed _____
    Result _____
    Date of Opinion _____
    Citation of court opinion (if known) _____

    Ground(s) raised on direct appeal _____
    _____
    _____
    _____
    _____
    _____

    If you did not directly appeal, explain briefly why you did not _My Lawyer Morgan Scoggins said the States Attorney Colwin Fuller said I couldn't_

    c) Did you attempt to appeal the result to the highest state court having jurisdiction? ___ Yes  _✓_ No _I am 19 years old I read and write at third grade level don't know what this mean_

    d) If you did attempt to appeal to the highest state court, attach a copy of the petition or motion you made, and answer the following (or attach a copy of the court's opinion or order):

    Name and location of Court _____

    Date Petition for Leave to Appeal or Notice of Appeal was filed _____
    Result _____
    Date of Opinion _____

Citation of court opinion (if known) Don't Know what this means

Ground(s) raised none

If you did not appeal to the highest state court, explain briefly why you did not my Lawyer told me at Sentences the State's Attorney Said I couldn't
The States Attorney Calvin Fuller Sentenes me to 15 years

e) Did you seek permission to file a late appeal? __ Yes ✓ No don't know how

11. **Post Conviction Collateral Proceeding(s):**

    a) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal:
__ Yes ✓ No

    b) If yes, give the following information:

A. First petition, application or motion.

    1) Name of Court _____

    2) Date Filed _____

    3) Nature of Proceeding _____

    4) Ground(s) Raised _____

5) Did you receive an evidentiary hearing on your petition, application or motion? __
   __ Yes  ✓ No

6) Final Result _____

7) Date of Final Result (Attach a copy of the court's opinion or order) _____

8) If this petition, application, or motion was brought in a state court, did you appeal the result to the highest state court having jurisdiction?
   __ Yes  __ No

   If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) _____

9) If you did not appeal, briefly explain why you did not  State's Attorney Calin Fuller said I couldn't because Alton Police wants me to stay locked do to my mom making a Complaint on them

B. As to any second petition, application or motion, give the following information:

   1) Name of Court _____

   2) Date Filed _____

   3) Nature of Proceeding _____

   4) Ground(s) Raised _____

   5) Did you receive an evidentiary hearing on your petition, application or motion?
      __ Yes  __ No

6) Final Result_____

7) Date of Final Result (Attach a copy of the court's opinion or order)_____

8) If this petition, application, or motion was brought in state court, did you appeal the result to the highest state court having jurisdiction?
__ Yes   __ No

If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)_____
_____
_____
_____
_____

9) If you did not appeal, briefly explain why you did not_____
_____
_____
_____

C. As to any third petition, application or motion, give the following information:

1) Name of Court_____
_____

2) Date Filed_____

3) Nature of Proceeding_____
_____
_____

4) Ground(s) Raised_____
_____
_____
_____
_____
_____

5) Did you receive an evidentiary hearing on your petition, application or motion?
__ Yes   __ No

6) Final Result_____

7) Date of Final Result (Attach of copy of the court's opinion or order)_____

8) If this petition, application, or motion was brought in state court, did you appeal the result to the highest state court having jurisdiction?
   __ Yes   __ No

   If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) _____

9) If you did not appeal, briefly explain why you did not _____

## 12. Other Remedies:

Describe all other procedures, such as administrative remedies, that you have utilized. List the dates when you sought each remedy, the result, and the date of that result _____

## 13. Ground(s) for Federal Habeas Corpus:

State in the following paragraph(s) every ground or reason you claim your conviction is improper or unlawful.

A. <u>First Ground</u>

1) My conviction violates the constitution or laws of the United States because:_____
   14 +8 Amendment Unusual punishment ~~cruely~~ + Excessif bond -200,000 and wouldn't lower it. I've never been locked up they said they wanna to punishish me and my mom for her making a complaint on one of their office for Harrassing her - he is now Fired

2) I have already raised this claim in state court.

   Direct Appeal:        __ Yes   ✓ No

State Habeas Corpus: ___ Yes ✓ No
State Supreme Court: ___ Yes ✓ No
Other: ___ Yes ✓ No

Explain:
_____
_____

B. Second Ground

1) My conviction violates the constitution or laws of the United States because: _____
_____
_____
_____
_____
_____

2) I have already raised this claim in state court.

Direct Appeal: ___ Yes ✓ No
State Habeas Corpus: ___ Yes ✓ No
State Supreme Court: ___ Yes ✓ No
Other: ___ Yes ✓ No

Explain:
_____
_____

C. Third Ground

1) My conviction violates the constitution or laws of the United States because: _____
_____
_____
_____
_____

2) I have already raised this claim in state court.

Direct Appeal: ___ Yes ✓ No
State Habeas Corpus: ___ Yes ✓ No
State Supreme Court: ___ Yes ✓ No
Other: ___ Yes ✓ No

Explain:
_____
_____

14. If any of the grounds listed in 13A, B, or C were not previously presented in any court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: My Conviction violate the Constitution of my rights because of his Race, 14th 8th Amenment Curlty and Unusual punishment + Excessie bond $200,00

15. Do you have any petition or appeal now pending in court, either state or federal, regarding the conviction under attack? __ Yes  ✓ No

    If yes, give the name of the Court and nature of proceeding: _____

16. **Second or Successive Petitions:**

    a) Is this a second or successive petition? (Have you previously filed a habeas petition in federal court with respect to the judgment you are currently attacking?) Yes ( )  No ( )

    b) If yes, have you attached a copy of an Order from a three-judge panel of the court of appeals authorizing this court to consider this petition?  Yes ( )  No ( )

       NOTE: To file a second or successive petition with this court, you must first obtain an Order from a three-judge panel of the court of appeals that authorizes this court to consider this petition. <u>You must attach a copy of such an Order</u>.

       **<u>Failure to attach a copy of such Order will result in automatic dismissal of this petition.</u>**

    c) Does this second or successive habeas petition raise a claim that you have not presented in a previous petition(s)?  Yes ( )  No ( )

       If no, answer the following:

       (1) Briefly explain the claim not raised in a previous petition_____

(2) Does the new claim rest on new facts that could not have previously been discovered through the exercise of due diligence; <u>and</u> would the facts, if proven and viewed in light of the evidence as a whole, be sufficient to establish by clear and convincing evidence that, but for the constitutional error, no reasonable factfinder would have found you guilty of the underlying offense? If yes, what are those facts?_____
_____
_____
_____
_____
_____
_____
_____

(3) Does the new claim rely on a new rule of constitutional law that was previously unavailable, and which was made retroactive to cases on collateral review by the United States Supreme Court? If so, what is that rule?_____
_____
_____
_____
_____
_____
_____
_____

## FUTURE SENTENCE

Do you have any future sentence to serve after you complete the sentence imposed by the conviction under attack? ___ Yes   ✓ No

a) If yes, give name and location of court which imposed sentence to be served in the future:___
_____

b) Give date and length of sentence to be served in the future:_____
_____

c) Have you filed, or do you contemplate filing, any petition attacking the conviction which imposed the sentence to be served in the future? ___ Yes   ✓ No

Rev. 8/96

- 12 -

## REQUEST FOR RELIEF

State here exactly what you want the court to do:

Exam my case. And impose Justice. Why I got seven years and was on a $200,000 and never being locked up overturn my sentence.

The men that did do this crime has a record out of this world and he's out. See Attach papers on Derick Cowley the man that set it up they say.

I had the help of my counslor at Harrisburg IYC

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, certify to the best of my knowledge, information, and belief, that this petition is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

Signed this __3__ day of __May__, 19__2006__

_Hosie Burgess_
Signature of Petitioner

_____
(Signature of lawyer, if any)