UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HOSIE L. BURGESS,

    Petitioner,

  v.                                     Case No. 06-cv-400-JPG

GREG PATTISON,

    Respondent.

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Hosie L. Burgess's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 is denied without prejudice.

**DATED:  September 5, 2007**                **NORBERT JAWORSKI**

                                              **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**